IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:15-cr-5 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| DARREN HAMIL | : | |
| | : | |
| Defendant | : | |
| | : | |

## **ORDER**

**WHEREAS**, this 27th day of May 2015, there being no objections filed to the Magistrate Judge's Report and Recommendation issued April 22, 2015, **IT IS HEREBY ORDERED THAT** this Court accepts the Guilty Plea of the Defendant and sets September 10, 2015, at 10:00 a.m., as the sentencing date in the above case. Said sentencing shall be held in front of Judge Kane in Courtroom No. 4, Federal Building, Harrisburg, Pennsylvania.

S/ Yvette Kane
Yvette Kane, Judge
United States District Court
Middle District of Pennsylvania